(HC) Sharma, et. al. v. Gonzales, et. al.　　　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 9

Case 2:07-cv-00795-GEB-KJM　　Document 9　　Filed 05/03/2007　　Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAVINDRA PRAKASH SHARMA, et al.,

    Petitioner,　　　　　　　　　　　No. CIV S-07-0795 GEB KJM P

  vs.

MICHAEL CHERTOFF,
SECRETARY OF U.S. DEPARTMENT
OF HOMELAND SECURITY, et al.,

    Respondents.　　　　　　　　　ORDER
                                        /

        Petitioners have filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioners have paid the filing fee.

        Because the petitioners may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer or a motion to dismiss. Respondents will also be directed to respond to petitioners' motion for a preliminary injunction.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file an answer or a motion to dismiss within thirty days from the date of this order. If an answer is filed, respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in

1

1 | the application.  Also, within thirty days, respondents shall file a response to petitioners' April
2 | 27, 2007 motion for preliminary injunction.
3 |    2. Petitioners' traverse, if any, is due on or before thirty days from the date
4 | respondents' answer is filed; an opposition to a motion to dismiss is due within thirty days of
5 | service of the motion to dismiss.  Also, petitioners shall file a reply brief with respect to their
6 | motion for preliminary injunction within thirty days of service of respondents' response.
7 |    3. The Clerk of the Court shall serve a copy of this order together with a copy of
8 | petitioners' application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and petitioners'
9 | April 27, 2007 motion for preliminary injunction on the United States Attorney.
10 | DATED:  May 3, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
shar0795.100.2241

2