IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAVINDRA PRAKASH SHARMA, et al.,

    Petitioners,            No. CIV S-07-0795 GEB KJM P

    vs.

MICHAEL CHERTOFF
SECRETARY OF U.S. DEPARTMENT
OF HOMELAND SECURITY, et al.,

    Respondents.            ORDER
_____/

        Petitioners have requested that this action be dismissed. Petitioners' request is hereby granted under Federal Rule of Civil Procedure 41(a). This action is dismissed.

DATED: June 5, 2007.

                         _____
                         U.S. MAGISTRATE JUDGE

1
shar0795.dis